This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Lawrence S. Walter
United States Bankruptcy Judge

**Dated: February 10, 2011**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | |
|    LISA C. TEDRICK | | Case No.: 09-38097 |
| | : | Chapter 7 |
|    Debtor. | | Judge Lawrence S. Walter |
| | : | |
| **JOHN PAUL RIESER, TRUSTEE,** | : | |
|    Plaintiff, | : | |
| v. | | |
| | : | ADV. PRO. NO. 10-3178 |
| **U.S. BANK HOME MORTGAGE,** | | |
| | : | |
|    Defendant. | | |

### AGREED DISMISSAL ENTRY

Upon Agreement of Plaintiff/Trustee John Paul Rieser (the "Trustee") and the Defendant U.S. Bank Home Mortgage ("Defendant") , notice having been properly given to all creditors and parties in interest and an Order granting the Trustee's Motion to Settle and Compromise, *inter alia*, this adversary proceeding, having been entered on or about September 13, 2010, this

1

case is hereby resolved between the Trustee and the Defendant (collectively the "Parties") on the terms and conditions set forth below. Accordingly it is hereby **ORDERED, ADJUDGED, AND DECREED as follows:**

1. The terms and conditions of the Parties' Settlement as stated in the Order Granting *Motion of Trustee to Settle and Compromise All Matters Involving the Real Property Commonly Referred to as 210 N. Columbus Street, Blanchester, Ohio 45107, Including All Matters Raised in Adv. Pro. No. 10-3178. . .* including the terms of the *Supplement to the Order Granting Motion of Trustee To Settle And Compromise All Matters Involving the Real Property Commonly Referred To As 210 North Columbus Street, Blanchester, Ohio 45107* are incorporated by reference herein.

2. This Adversary Proceeding is hereby DISMISSED WITH PREJUDICE.

3. This Court retains jurisdiction upon motion of any Party to enforce the terms and conditions of the settlement as approved by this Court in the above-captioned Bankruptcy Case.

**The Clerk shall treat this as a terminating entry.**

**IT IS SO ORDERED.**

AGREED:
*/s/ Nathan L. Swehla* **by P. Friesinger per e-mail authority dated 1/31/2011**           */s/ John Paul Rieser*

_____           _____

Nathan L. Swehla (0074663)           John Paul Rieser (0017850)
Lerner, Sampson & Rothfuss           Patricia J. Friesinger (0072807)
120 East Fourth Street, Suite 800           Rieser & Associates LLC, Of Counsel
Cincinnati, Ohio 45202           7925 Graceland Street
Tel: 513/ 241-3100 ext. 3248           Dayton, Ohio 45459-3834
Fax: 513/354-6850           Tel: 937/224-4128   Fax: 937/224-3090
E-Mail: bklit@lsrlaw.com           E-Mail: attyecfdesk@rieserlaw.com

*Counsel for Defendant/Creditor US Bank Home Mortgage*           *Counsel for John Paul Rieser, Trustee*

Cc:
Nathan L. Swehla, Lerner, Sampson & Rothfuss, 120 East Fourth Street, Suite 800, Cincinnati, Ohio 45202
John Paul Rieser, Patricia J. Friesinger, Rieser & Associates LLC, 7925 Graceland Street, Dayton, Ohio 45459-3834

###